IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN A. PETTY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-01197-E |
| FRONTIER COMMUNICATIONS CORPORATION, | § § § § | |
| Defendant. | § | |

## **ORDER**

Defendant Frontier Communications Corporation and its subsidiaries filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in April 2020, and those bankruptcy cases remain pending in the United States Bankruptcy Court for the Southern District of New York (*See* Doc. No. 11). Pursuant to 11 U.S.C. § 362, an automatic stay is now in effect.

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Court determines that this case should be, and is hereby, **administratively closed**. The Clerk is instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. The parties are directed to report to the Court in writing every **120 days** regarding the status of the bankruptcy proceedings.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion

1

to reopen the case to initiate such further proceedings, or the Court may take such action *sua sponte*.

**SO ORDERED**; signed July 6, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE